# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 08-46272-tjt
CHAPTER: 7
JUDGE: Thomas J. Tucker

Debtor.
Mark Barrett /

EX PARTE MOTION FOR/TO Reopen case, and _____, request waive reopen fee

NOW COMES Debtor(s), and brings this motion. In support of Debtor(s)'s motion, Debtor states the following [state the facts]:

1. During the final process of my bankruptcy I moved and lost communication with my lawyer.

2. I was not informed when to take my financial class. I HAVE SINCE taking the Financial mAnagement course and would like to turn in the certificate

3. Debtor requests that my bankruptcy be discharged and back dated to original date December 15, 2008.

WHEREFORE, Debtor requests this Court to consider Debtor's Motion and afford Debtor what further relief this Court deems equitable and just. A copy of a proposed Order is attached hereto.

Respectfully submitted,

Dated: June 26, 2017

Mark Barrett
(Debtor's Signature)
Print Name: MARK BARRETT

FILED 2017 JUN 27 P 12:33 U.S. BANKRUPTCY COURT E.D. MICHIGAN-DETROIT

_____
(Co-Debtor's Signature)
Print Name: _____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE:

CASE NO: 08-46272-tJt
CHAPTER: 7
JUDGE: Thomas J. Tucker

**Debtor.**
Mark Barrett /

**ORDER GRANTING MOTION TO/FOR** Reopen case, and request waive reopen fee

This matter having come before the Court on Debtor's motion, the Court having considered the motion, and having found cause:

**IT IS ORDERED** that the motion is granted.